IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 02-30304
_____


ADRIAN MICHAEL SIMM, DDS

                              Plaintiff - Appellant

        v.

LOUISIANA STATE BOARD OF DENTISTRY; C BARRY OGDEN, Executive
Director of Louisiana State Board of Dentistry; G JEROME ALESI,
DDS; AUBREY A BAUDEAN, JR, DDS; H O BLACKWOOD, III, DDS; DENNIS E
DONALD, DDS; WHITE S GRAVES, III, DDS; CHRISTINE M GUILLAUME,
Registered Dental Hygienist; JOHN K LEGLEU, DDS; CHARLEY M
LESTER, DDS; RONALD B MARKS, DDS; CHARLES T MCCABE, JR, Doctor of
Medical Dentistry; CONRAD P MCVEA, JR, DDS; MICHAEL J MONTALBANO,
DDS; VANCE L WASCOM, DDS; C LEONARD WISE, DDS, all in their
official capacities

                              Defendants - Appellees

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
No. 01-CV-2608-R
_____
January 9, 2003

Before KING, Chief Judge, and DEMOSS and CLEMENT, Circuit Judges.

PER CURIAM:[*]

    The judgment of the district court is affirmed for

essentially the reasons given by the district court in its Order

and Reasons entered February 22, 2002.

_____

    [*]Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

AFFIRMED.